# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOHN W. COMRIE, | FILED: MAY 27, 2008 |
| v. | 08CV3060            LI |
| IPSCO INC., a Canadian Corporation; et al | JUDGE DARRAH |
| | MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN W. COMRIE

| |
|---|
| NAME (Type or print) |
| Randall L. Mitchell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Randall L. Mitchell |
| FIRM |
| Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. |
| STREET ADDRESS |
| 150 N. Michigan Ave., Suite 2130 |
| CITY/STATE/ZIP |
| Chicago, Illinois, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1932500 | (312) 781-2801 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐