## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

JOHN W. COMRIE,
v.
IPSCO INC., a Canadian Corporation; et al

Case Number:

FILED: MAY 27, 2008
08CV3060                LI
JUDGE   DARRAH
MAGISTRATE   JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN W. COMRIE

| NAME (Type or print) |
| --- |
| Paul E. Lehner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul E. Lehner |
| FIRM |
| Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. |
| STREET ADDRESS |
| 150 N. Michigan Ave., Suite 2130 |
| CITY/STATE/ZIP |
| Chicago, Illinois, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 03121847 | (312) 781-2801 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |