## United States District Court for the Northern District of Illinois

Case Number: 08CV3060          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   
_____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

__4__ Original and __4__ copies on __05/28/08__ as to __IPSCO ENTERPRISES__
                                      (Date)
INC, IPSCO INC BENEFITS COMMITTEE, IPSCO INC, SSAB.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05