IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN W. COMRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 3060 |
| ) | |
| IPSCO, INC., a Canadian Corporation; ) | Hon. John W. Darrah |
| IPSCO ENTERPRISES, INC., a Delaware ) | Mag. Judge Martin C. Ashman |
| Corporation; SSAB SVENSKT STAL ) | |
| AB, a Swedish Corporation; and IPSCO INC. ) | |
| BENEFITS COMMITTEE, ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

Defendants, IPSCO, Inc., IPSCO Enterprises, Inc., SSAB Svenskt Stal AB, and IPSCO Inc. Benefits Committee, (collectively the "Defendants"), hereby move for an extension of time until July 1, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter. In support thereof, Defendants state as follows:

1. On May 28, 2008, Plaintiff filed his Complaint in this action, asserting various claims in six separate counts, including claims for breach of fiduciary duty, breach of contract, breach of implied contract, promissory estoppel, and claims under ERISA. Thereafter, on May 29, 2008, Defendants were served with a Summons and copy of Plaintiff's Complaint.

2. Pursuant to Rules 6(a) and 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants are required to Answer or otherwise plead in response to Plaintiff's Complaint by June 18, 2008.

3. In order to allow counsel for Defendants sufficient time to investigate the allegations and prepare a responsive pleading to Plaintiff's Complaint, Defendants request an extension of time until July 1, 2008, in which to answer or otherwise plead.

4. On June 17, 2008, counsel for Defendants, William G. Miossi, spoke with counsel for Plaintiff, Randall L. Mitchell, concerning this matter. Mr. Mitchell stated that Plaintiff does <u>not</u> object to the extension of time requested by this motion.

5. This motion is not made for purposes harassment or undue delay, nor is it due to any oversight or lack of diligence on the part of Defendants.

WHEREFORE, Defendants request an extension of time until July 1, 2008, in which to answer or otherwise plead in response to the Complaint in this matter.

Dated: June 17, 2008

    Respectfully submitted,

    IPSCO, INC., IPSCO ENTERPRISES INC., SSAB
    SVENSKT STAL AB, and IPSCO INC.
    BENEFITS COMMITTEE

    By:    /s/William G. Miossi
          One of Defendants' Attorneys

William G. Miossi
Jonathan E. Rosemeyer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
wmiossi@winston.com

-2-

-3-

## CERTIFICATE OF SERVICE

      The undersigned counsel for Defendants hereby certifies that he caused a true and correct copy of the foregoing Agreed Motion for Extension of Time to be served upon the following counsel of record:

>Randall L. Mitchell
>Paul E. Lehner
>Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
>150 N. Michigan Ave., Suite 2130
>Chicago, Illinois 60601

by electronic filing, this 17th day of June, 2008.

                                                         /s/William G. Miossi