# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3060 | **DATE** | 6/19/08 |
| **CASE TITLE** | Comrie v. IPSCO, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [9] is granted. Defendants have until 7/1/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|