IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN W. COMRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 3060 |
| v. ) | |
| ) | Hon. John W. Darrah |
| IPSCO, INC., a Canadian Corporation; ) | Mag. Judge Martin C. Ashman |
| IPSCO ENTERPRISES, INC., a ) | |
| Delaware Corporation; SSAB SVENSKT ) | |
| STAL AB, a Swedish Corporation; and ) | |
| IPSCO INC. BENEFITS COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR SECOND EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

Defendants, IPSCO, Inc., IPSCO Enterprises, Inc., SSAB Svenskt Stal AB, and IPSCO Inc. Benefits Committee (collectively the "Defendants"), hereby move for an extension of time until July 15, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter. In support thereof, Defendants state as follows:

1.  On May 28, 2008, Plaintiff filed his Complaint in this action, asserting various claims in six separate counts, including claims for breach of fiduciary duty, breach of contract, breach of implied, contract, promissory estoppel, and claims under ERISA. Thereafter, on May 29, 2008, Defendants were served with a Summons and copy of Plaintiff's Complaint.

2. Defendants previously sought an agreed extension to July 1, 2008 in which to file a response to Plaintiff's Complaint.

3. Because of the recent purchase of IPSCO, Inc. by an entity that is not a party to this action, the undersigned counsel, Mark E. Schmidtke will be appearing as co-counsel for IPSCO, Inc., which appearance has been filed contemporaneously herewith.

4. Because of the appearance of new counsel, and because of the need for new counsel to have sufficient time to investigate the allegations and to prepare a response to Plaintiff's Complaint, Defendants request an additional extension of time to and including July 15, 2008, in which to answer or otherwise plead.

5. The undersigned counsel, Mark E. Schmidtke, spoke with Plaintiff's counsel, Randall L. Mitchell, on Friday, June 27, 2008, and Mr. Mitchell stated that Plaintiff does not object to the extension requested in this motion.

6. This motion is not made for purposes of harassment or undue delay, nor is it due to any oversight or lack of diligence on the part of the Defendants. In addition, this Court has scheduled an initial scheduling conference for August 20, 2008. The requested extension will not interfere or cause any delay with respect to that conference.

- 3 -

WHEREFORE, Defendants request an extension of time to and including July 15, 2008, in which to answer or otherwise plead in response to the Complaint in this matter.

Dated: June 30, 2008

        Respectfully submitted,

        IPSCO, INC.


        By: /s/Mark E. Schmidtke
            One of Defendant's Attorneys

        IPSCO, INC., IPSCO ENTERPRISES INC., SSAB SVENSKT STAL AB, and IPSCO INC. BENEFITS COMMITTEE


        By: /s/William G. Miossi
            One of Defendants' Attorneys

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two First National Plaza, 25th Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1232
mark.schmidtke@ogletreedeakins.com

William G. Miossi
Jonathan E. Rosemeyer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
wmiossi@winston.com

6468788.1 (OGLETREE)

## CERTIFICATE OF SERVICE

      The undersigned counsel for Defendants hereby certifies that he caused a true and correct copy of the foregoing Agreed Motion for Extension of Time to be served upon the following counsel of record:

>Randall L. Mitchell
>Paul E. Lehner
>Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
>150 N. Michgian Ave., Suite 2130
>Chicago, Illinois 60601

By electronic filing, this 30th day of June, 2008.

                                      /s/ Mark E. Schmidtke

                                    6468788.1 (OGLETREE)