UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN W. COMRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 3060 |
| v. ) | |
| ) | Hon. John W. Darrah |
| IPSCO, INC., a Canadian Corporation; ) | Mag. Judge Martin C. Ashman |
| IPSCO ENTERPRISES, INC., a ) | |
| Delaware Corporation; SSAB SVENSKT ) | |
| STAL AB, a Swedish Corporation; and ) | |
| IPSCO INC. BENEFITS COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on the **8th day of July, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John W. Darrah, or any other judge sitting in his stead in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1203, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached **AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEADE IN RESPONSE TO COMPLAINT.**

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Co-counsel for Defendant IPSCO, INC.

 /s/ Mark E. Schmidtke
Mark E. Schmidtke, 1733-45 (INDIANA)
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1232
Fx:  (312) 807-3619

mark.schmidtke@ogletreedeakins.com

Case 1:08-cv-03060     Document 13     Filed 07/01/2008     Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 1, 2008, the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent via the Court's electronic filing system to:

>Randall L. Mitchell
>Paul E. Lehner
>Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
>150 N. Michigan Ave., Suite 2130
>Chicago, Illinois 60601

>William G. Miossi
>Jonathan E. Rosemeyer
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, Illinois 60601
>(312) 558-5600

>**Ogletree, Deakins, Nash, Smoak & Stewart, P.C**.
>Co-counsel for Defendant IPSCO, INC.
>
> /s/ Mark E. Schmidtke
>Mark E. Schmidtke, 1733-45 (INDIANA)
>Two First National Plaza, 25th Floor
>20 South Clark St.
>Chicago, IL 60603
>Tel: (312) 558-1232
>Fx:  (312) 807-3619
>mark.schmidtke@ogletreedeakins.com

6472163.1 (OGLETREE)