IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. COMRIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3060 |
| | ) | |
| IPSCO INC., a Canadian Corporation; | ) | Hon. John W. Darrah |
| IPSCO ENTERPRISES INC., a Delaware | ) | Mag. Judge Martin C. Ashman |
| Corporation; SSAB SVENSKT STAL | ) | |
| AB, a Swedish Corporation; and IPSCO INC. | ) | |
| BENEFITS COMMITTEE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure, Defendants Ipsco Inc., Ipsco Enterprises, Inc., SSAB Svenskt Stal AB, and Ipsco Inc. Benefits Committee hereby request that the Complaint in this matter be dismissed for failure to state a claim upon which relief can be granted and for lack of personal jurisdiction over Defendant SSAB AB. The bases for this motion are set forth in Defendants' Memorandum of Law in Support, which is attached hereto and made a part of this motion.

WHEREFORE, Defendants request that the Complaint be dismissed with prejudice, that judgment be granted in its favor and against Plaintiff on all counts and claims herein, and further requests that it be granted such other relief as is just and equitable.

Respectfully submitted,

| | |
|---|---|
| IPSCO ENTERPRISES INC.,<br>SSAB SVENSKT STAL AB, and<br>IPSCO INC. BENEFITS COMMITTEE | IPSCO, INC. |
| By:   /s/ William G. Miossi<br>      One of Their Attorneys | By:   /s/ Mark E. Schmidtke<br>      One of Its Attorneys |
| William G. Miossi<br>Jonathan E. Rosemeyer<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 588-5700<br>wmiossi@winston.com | Mark E. Schmidtke<br>Ogletree, Deakins, Nash, Smoak &<br>Stewart, P.C.<br>20 South Clark Street<br>Chicago, IL 60603<br>Telephone: (312) 558-1220<br>Facsimile: (312) 807-3619<br>Mark.Schmidtke@ogletreedeakins.com |

Dated: July 15, 2008