IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. COMRIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3060 |
| | ) | |
| IPSCO INC., a Canadian Corporation; | ) | Hon. John W. Darrah |
| IPSCO ENTERPRISES INC., a Delaware | ) | Mag. Judge Martin C. Ashman |
| Corporation; SSAB SVENSKT STAL | ) | |
| AB, a Swedish Corporation; and IPSCO INC. | ) | |
| BENEFITS COMMITTEE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

TO:   Randall L. Mitchell
    Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
    150 N. Michigan Ave., Suite 2130
    Chicago, Illinois  60601

**PLEASE TAKE NOTICE** that on August 20, 2008, at 9:00 a.m., or as soon as thereafter counsel may be heard, counsel for Defendants shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the attached Motion to Dismiss.

IPSCO ENTERPRISES INC.,
SSAB SVENSKT STAL AB, and
IPSCO INC. BENEFITS COMMITTEE                    IPSCO, INC.

By:   /s/ William G. Miossi                             By:   /s/ Mark E. Schmidtke
        One of Their Attorneys                                    One of Its Attorneys

William G. Miossi                              Mark E. Schmidtke
Jonathan E. Rosemeyer                          Ogletree, Deakins, Nash, Smoak &
Winston & Strawn, LLP                          Stewart, P.C.
35 West Wacker Drive                           20 South Clark Street
Chicago, IL  60601-9703                        Chicago, IL  60603
Telephone:  (312) 558-5600                     Telephone:  (312) 558-1220
wmiossi@winston.com
Dated: July 15, 2008