IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. COMRIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3060 |
| | ) | |
| IPSCO INC., et al. | ) | Hon. John W. Darrah |
| | ) | Mag. Judge Martin C. Ashman |
| Defendants. | ) | |

## DEFENDANTS' NOTIFICATION AS TO AFFILIATES

Defendants, IPSCO Enterprises Inc. (now SSAB Enterprises LLC) and SSAB Svenskt Stal AB., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows:

1. IPSCO Enterprises Inc. (now SSAB Enterprises LLC) is a wholly-owned subsidiary of SSAB US Holdings, Inc., which is a wholly-owned subsidiary of SSAB Svenskt Stal AB.

2. SSAB Svenskt Stal AB ("SSAB AB") has no parent corporation. AB Industrivärden, a Swedish corporation, owns more than 5% of SSAB AB's stock.

                Respectfully submitted,

                IPSCO ENTERPRISES INC., SSAB
                SVENSKT STAL AB, and IPSCO INC.
                BENEFITS COMMITTEE

                By: /s/William G. Miossi
Dated: July 24, 2008           One of Defendants' Attorneys

William G. Miossi
Jonathan E. Rosemeyer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
wmiossi@winston.com

-2-

## CERTIFICATE OF SERVICE

      The undersigned counsel for Defendants hereby certifies that he caused a true and correct copy of the foregoing Notification as to Affiliates to be served upon the following counsel of record:

    Randall L. Mitchell
    Paul E. Lehner
    Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
    150 N. Michigan Ave., Suite 2130
    Chicago, Illinois 60601

by electronic filing, this 24th day of July, 2008.

                                                /s/ William G. Miossi

CHI:2108729.4