## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3060 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Comrie vs. IPSCO | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [15] is withdrawn without prejudice with leave to re-file. Plaintiff is granted leave to file an amended complaint, instanter. Responsive pleadings to be filed by 9/19/08. Status hearing set for 9/24/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|